IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00064-WJM-MJW

HEATHER FREEMAN,

Plaintiff(s),

v.

ARAPAHOE HOUSE, a non-profit corporation;
CONRAD CICHOS, in his official and individual capacity,
THREE UNKNOWN CITY OF AURORA POLICE OFFICERS, in their official
and individual capacities; and
The CITY OF AURORA, a municipality,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order Concerning Confidential Information (docket no. 48) is GRANTED finding good cause shown. The written Protective Order (docket no. 48-1) is APPROVED and made an Order of Court.

Date: April 15, 2013