IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00064-WJM-MJW

HEATHER FREEMAN,

Plaintiff(s),

v.

ARAPAHOE HOUSE, a non-profit corporation;
CONRAD CICHOS, in his official and individual capacity,
MATTHEW BRUKBACHER, in his official and individual capacity,
CRAIG HESS, in his official and individual capacity, and
The CITY OF AURORA, a municipality,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Unopposed Motion to Modify the Scheduling Order and Extend Discovery Deadlines (Docket No. 58) is granted. The Scheduling Order (Docket No. 47) is amended such that the deadline for written discovery is extended up to and including September 13, 2013, and the deadline to file dispositive motions is extended up to and including November 18, 2013.

Date: August 29, 2013