IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00064-WJM-MJW

HEATHER FREEMAN,

Plaintiff(s),

v.

ARAPAHOE HOUSE, a non-profit corporation;
CONRAD CICHOS, in his official and individual capacity,
MATTHEW BRUKBACHER, in his official and individual capacity,
CRAIG HESS, in his official and individual capacity, and
The CITY OF AURORA, a municipality,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Unopposed Motion to Modify the Scheduling Order and Extend Discovery Deadlines to Conduct One Deposition (Docket No. 63) is granted.  The Scheduling Order (Docket No. 47) is amended so as to extend the discovery deadline up to and including November 4, 2013, to permit the parties to conduct one deposition.

Date: October 22, 2013