IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00064-WJM-MJW

HEATHER FREEMAN,

Plaintiff(s),

v.

ARAPAHOE HOUSE, a non-profit corporation;
CONRAD CICHOS, in his official and individual capacity,
MATTHEW BRUKBACHER, in his official and individual capacity,
CRAIG HESS, in his official and individual capacity, and
The CITY OF AURORA, a municipality,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Arapahoe House's Unopposed Motion to Modify the Scheduling Order and Extend Deadline to File Dispositive Motions (Docket No. 66) is granted. The Scheduling Order (Docket No. 47) is amended so as to further extend the deadline to file dispositive motions from November 18, 2013 (see Docket No. 60) up to and including December 4, 2013.

Date: November 4, 2013