IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00064-WJM-MJW

HEATHER FREEMAN,

Plaintiff(s),

v.

ARAPAHOE HOUSE, a non-profit corporation;
CONRAD CICHOS, in his official and individual capacity,
MATTHEW BRUKBACHER, in his official and individual capacity,
CRAIG HESS, in his official and individual capacity, and
The CITY OF AURORA, a municipality,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERED** that Defendant City of Aurora's Expedited Motion for Protective Order and Request for Provisions of Location for Aurora Police Officer Depositions Within the Federal Courthouse for the District of Colorado (docket no. 61) is **GRANTED**. Plaintiff has failed to file any timely response to the subject motion (docket no. 61), and this court deems the motion confessed.

      It is **FURTHER ORDERED** that the depositions of Defendants Officer Hess and Sgt. Brukbacher shall take place at either the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294, or at the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall immediately meet, confer, and contact Magistrate Judge Watanabe's chambers by November 7, 2013 at 303-844-2403 and provide dates and times for the depositions for Defendants Officer Hess and Sgt. Brukbacher. There should be multiple dates of availability provided to the court for each deposition since this court will have to clear a courtroom with our facilities coordinator Brenda Martinez to take such depositions and clear a courtroom security officer for such depositions.

      It is FURTHER ORDERED that the discovery deadline is extended for the limited purpose of completing the depositions of Officer Hess and Sgt. Brukbacher to November 19, 2013.

Date: November 4, 2013