IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00064-WJM-MJW

HEATHER FREEMAN,

Plaintiff(s),

v.

ARAPAHOE HOUSE, a non-profit corporation;
CONRAD CICHOS, in his official and individual capacity,
MATTHEW BRUKBACHER, in his official and individual capacity,
CRAIG HESS, in his official and individual capacity, and
The CITY OF AURORA, a municipality,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Defendant City of Aurora's Motion to Vacate Minute Order (Doc. 71) RE: Expedited Motion for Protective Order and Request for Provision of Location for Aurora Police Officer Depositions Within the Federal Courthouse for the District of Colorado (Doc. 61) **[Docket No. 72]** is granted.  Accordingly, it is further

     **ORDERED** that this court's Minute Order docketed yesterday as Docket No. 71 is **VACATED**, and it is further

     **ORDERED** that the Defendant City of Aurora's Expedited Motion for Protective Order and Request for Provisions of Location for Aurora Police Officer Depositions Within the Federal Courthouse for the District of Colorado (Docket No. 61) is **DENIED AS MOOT.**

Date: November 5, 2013