**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0064-WJM-MJW

HEATHER FREEMAN

      Plaintiffs,

v.

ARAPAHOE HOUSE, a non-profit corporation, and
THE CITY OF AURORA, a municipality,

      Defendants.

**ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS**

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal of All Claims Against Defendant City of Aurora filed December 13, 2013 (ECF No. 78). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion for Dismissal is GRANTED. Plaintiff's Claims against defendant City of Aurora are hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs. It is FURTHER ORDERED that the above caption shall be amended to include only the following remaining defendants; Arapahoe House.

Dated this 13th day of December, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge